**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| **DENNIS J. POWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BANK OF AMERICA, N.A.,** | ) |
| | ) |
| **Defendant** | ) |

**CASE NO.:** ___3:23-512-JFA___

Removed from Richland County Court of Common Pleas
Case No. 2023-CP-40-00010

## NOTICE OF REMOVAL

Defendant Bank of America, N.A. ("BANA" or "Defendant") hereby removes the action Plaintiff, Dennis J. Powell ("Plaintiff") filed in the Court of Common Pleas, Richland County, South Carolina; Case Number 2023-CP-40-00010, to the United States District Court of South Carolina, Charleston Division, under 28 U.S.C. § 1331 and 1332.

## I.     STATEMENT OF THE CASE

1.     On January 3, 2023, Plaintiff commenced Case Number 2023-CP-40-00010, styled *Dennis J. Powell v. Bank of America, N.A.*, in the Court of Common Pleas, Richland County, South Carolina (the "State Court Action").[1]  Plaintiff alleges a violation of 15 U.S.C. § 1620(f) of the Fair Credit Billing Act ("FCBA").  Plaintiff seeks actual damages, statutory damages, punitive damages, and attorneys' fees.  This Court has federal question jurisdiction over Plaintiff's FCBA claims and supplemental jurisdiction over Plaintiff's remaining claims.

## II.     TIMELINESS OF REMOVAL

---
[1] A copy of the "Complaint" ("Complaint") is attached as part of the State Court Documents.

1.      Defendant was served with process of the Plaintiff's Complaint on January 6, 2023 and thirty (30) days have not expired since this service has occurred.[2]  This was the first notice of this action served upon Defendant.  Accordingly, this Notice of Removal is timely.[3]

### III.     VENUE

2.      Venue for this Notice of Removal is proper in the United States District Court of South Carolina, Columbia Division, because this district and division includes Richland County, South Carolina, the location of the pending State Court Action.[4]

### IV.     BASIS FOR REMOVAL:  FEDERAL QUESTION JURISDICTION

3.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331 because Plaintiff alleges a claim arising under the laws of the United States.  Under the "well-pleaded complaint rule," federal question removal is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).  Because Plaintiff alleges FCBA claims, this Court has federal question jurisdiction.[5]

### V.     PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

4.      Plaintiff did demand a jury trial in his Complaint.

5.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served in the State Court Action, are attached hereto as **Exhibit A**.

6.      Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal,

---

[2] *See* the attached State Court Documents.

[3] *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.").

[4] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 124(a)(1).

[5] *See* Complaint, p. 4, ¶¶ 26-30.

Defendant is providing Plaintiff, through counsel, with written notice of removal; and a copy of this Notice of Removal is being filed with the Clerk of the Court of Common Pleas of Richland County, South Carolina.

## VII.     **CONCLUSION**

The Court may exercise federal question and diversity jurisdiction over this action because the Parties are completely diverse and because Plaintiff expressly seeks to recover under a federal statute.

Dated: November 1, 2022

Respectfully submitted,

/s/ T. Richmond McPherson, III
T. Richmond McPherson, III
(SC Federal Bar #11214)
**MCGUIREWOODS LLP**
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone:  (704) 343-2038
Facsimile:  (704) 444-8783
rmcpherson@mcguirewoods.com

*Attorney for Defendant Bank of America, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2023, a true and correct copy of the foregoing was served via the Court's ECF filing system, as follows:

Dave Maxfield, Esq.
David Maxfield, Attorney, LLC
PO Box 11865
Columbia, SC 29211
dave@consumerlawsc.com
*Attorney for Plaintiff*

/s/ T. Richmond McPherson, III
T. Richmond McPherson, III